WALTER L. BELL, Respondent, v. LEPRESTRE, MILLER & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

HERBERT BERRI and Others, as Executors, etc., of WILLIAM BERRI, Deceased, Respondent, v. REALTY ASSOCIATES and Others, Defendants, and ELLIOTT H. KING and SOPHIA HAIR GOODS COMPANY, INC., Appellants. — Interlocutory judgment affirmed, with costs. No opinion. Mills, Rich, Blackmar and Jaycox, JJ., concurred; Jenks, P. J., not voting.

GEORGIANA L. CUSHMAN, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, and findings modified as indicated in our decision in *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323). The only substantial point of difference between this case and the *Moenig* case, decided herewith, is that the deed of conveyance of the property known as the depot property is a quitclaim instead of a warranty deed, and, therefore; the line of reasoning used in the *Moenig* case, which is based upon the fact that in that case the conveyance of the depot property by warranty deed, is not applicable to the case at bar. But this quitclaim deed was preceded by an agreement between the grantors of the plaintiff and the railroad to the effect that the land should be granted to the railroad company for a depot site. The railroad company, pursuant to the grant, has located its passenger and freight station upon the said premises, and has maintained it there for many years. We think the provisions of the agreement, followed by the quitclaim grant of the land and the action of the defendant railroad company in locating its depot accordingly, estops the plaintiff from claiming any rights that would have passed to the railroad company by a grant of the land had the grantors owned the same. The same conclusion must, therefore, be reached in this case as in the *Moenig* case. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.

MICHAEL J. DUFFY and MARY J. DUFFY, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Judgment unanimously affirmed, with costs, on authority of *Cushman* v. *New York Central Railroad Co.* (*ante*, p. 899), decided herewith; and findings modified as indicated in our decision in *Moenig* v. *New York Central Railroad Co.* (187 App. Div. 323). Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Blackmar.